1 | **PAUL WILLIAM RAYMOND** (Bar No. 108568)
Attorney at Law
2 | 1001 Dove Street, Suite 260
Newport Beach, CA  92660-2885
3 | (949)476-2197   office
(949)955-2886   facsimile
4 | E-Mail: raymondlaw@earthlink.net

NOTE: CHANGES MADE BY THE COURT

5 | Attorney for Defendant,
ROBERT FRANK HANNA

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )    Case No. SACR 07-0007-AHS
                                     )
            Plaintiff,                )    **ORDER MODIFYING TERMS &**
                                     )    **CONDITIONS OF JUDGMENT AND**
     vs.                              )    **COMMITMENT ORDER**
                                     )
ROBERT FRANK HANNA,                   )
                                     )
            Defendant.                )
_____)

THIS MATTER HAVING COME BEFORE THIS COURT AND GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Judgment And Commitment Order dated and filed December 18, 2007, is modified to the extent that the Court recommends that Defendant ROBERT FRANK HANNA be permitted to travel internationally for business subject to Probation Officer's discretion and such other limited travel as meets with the Probation Officer's approval. Further, that #3 of the Judgment and Commitment Order is modified to the extent that Defendant HANNA be allowed to have an occasional social drink, namely one alcoholic beverage, every other day, to be monitored by Probation.  All other terms and conditions of the Judgment and Commitment Order are to remain the same.

DATED: May 23, 2008                        **ALICEMARIE H. STOTLER**
                                           Alicemarie H. Stotler, Chief Judge
                                           United States District Court

-1-                                                                    Order